IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE LEWIS EDWARDS, #261785, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:11cv387-MEF |
| ) | (WO) |
| J.C. GILES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 18, 2011, (doc. # 8), that this case be dismissed without prejudice for the plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this cause of action.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

Done this the 17th day of August 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE